# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| ROBERT EMERT ) | |
| *Plaintiff/Petitioner* ) | |
| SAN DIEGO BOARD OF SUPERVISORS, COUNTY OF SAN ) | Civil Action No. **'24CV0671 JO    MSB** |
| DIEGO, IN THIER OFFICIAL CAPACITY, DDA DAWN ) | |
| BALERIO AND DAI LUIS PENA ) | |
| *Defendant/Respondent* ) | |

FILED
Apr 12 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ GloriaVocal     DEPUTY

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **N/A**.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ __0.00__ , and my take-home pay or wages are: $ __0.00__ per
(*specify pay period*) __n/a__ .

3. *Other Income.* In the past 12 months, I have received income from the following sources (*check all that apply*):

(a) Business, profession, or other self-employment    ☐ Yes    ☑ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☑ No
(c) Pension, annuity, or life insurance payments     ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments    ☐ Yes    ☑ No
(e) Gifts, or inheritances                            ☐ Yes    ☑ No
(f) Any other sources                                 ☐ Yes    ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I don't have any income. While this is explained in my motion that I am submitting with this updated application, it may be of assistance to explain here as well. **1. Alleging poverty with particularity, definiteness, and certainty**: I have zero income and zero assets. I have serious medical issues including (heart attack, atrial fibrillation, severe hypertension, severe PTSD) that prevent me from working and earning an income. Per the courts request, I can provide supporting documentation for this. **2. Explaining my living situation:** I want to clarify that I am relying on the charity of my family to cover my basic living expenses, such as food. Without their support, I would have died and that is not an exaggeration. I would be homeless without their support to cover my basic essential needs.

4. Amount of money that I have in cash or in a checking or savings account: $ 0.00 .
**My parents are on a small fixed income and cover my basic expenses.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
2,500 - 2004 Honda Accord
***My car is non-operational and has not been registered for about three years or more, and thus does not contribute to my monthly expenses. I use family and friends cars as needed.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

I estimate I am over 50k in debt that started to accrue shortly after my heart attack. I will be filing a bankruptcy soon. Again, without the charity of my family, I would have died and or be homeless. Due to my health, my family does not provide me a detailed list of their charity. If I had to guess it would be something like the following to cover my basic essentials per month: Food, 300, electricity, 150, water 50, home accessories like phone and gas money 100. The approximate 50k in debt is a few old credit cards and past legal fees before I was forced to represent myself due to not being able to borrow any more money from anyone.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

BE - son who is 16
SE - daughter who is 14

Both live with their mom who financially supports them

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

These are approximates: Chase, 12k, Capital One 10k, Attorney Jack Barret, 15k, Attorney Cage and Miles, 10k and other miscellaneous debts with friends that total close to about another 25k.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 04/11/24

*ROBERT EMERT*

*Applicant's signature*

Robert Emert

*Printed name*

**I can provide supporting medical documents and other documents that support everything I have said.**