# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557-5600  Fax: (619) 702-9900
www.casd.uscourts.gov

John Morrill
Clerk of Court

10/21/24

Robert Emert

Robert Emert
2351 Vista Lago Terrace
Escondido, CA 92029
(760) 612-9328

24-cv-00671-JO-BJC

Robert Emert

Enclosed are the materials you will need to complete U.S. Marshal Service in your case.
Here is what you must do:

A) Keep for your records: One copy of your Complaint and one copy of the Court Order Granting your Motion to Proceed IFP and/or Directing U.S. Marshal Service pursuant to 28 U.S.C. 1915(d) and Fed.R.Civ.P. 4(c)(3).

B) Remove the U.S. Marshal Service Forms(s) (USM-285) and complete the top portion, including the name and street address of the person you have named as a defendant and wish to serve, as completely and clearly as possible. You must complete one USM-285 Form for each defendant listed on the summons and Ordered to be served.

C) Return the following items to the U.S. Marshal at this address:   **U.S. Marshals Office**
**U.S. Courthouse**
**333 West Broadway, 100**
**San Diego, CA 92101**

1. All the remaining copies of your Complaint - one for each defendant and one for the U.S. Marshal's records;
2. All copies of the summons for the U.S. Marshal's Records; and
3. The certified copy of the Court's Order Granting your Motion to Proceed IFP and/or Directing U.S. Marshal Service pursuant to 28 U.S.C. 1915(d) and Fed.R.Civ.P 4(c)(3).

Sincerely yours,

JOHN MORRILL
Clerk of Court

By: s/ R. Contreras
    R. Contreras, Deputy Clerk

**For Clerk's Use Only:**

5____ Copies of Summons
6____ Copies of Complaint/Amended Complaint
2____ Certified Copy of IFP/Service Order
4____ Blank USM 285s