

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

Robert Emert,

    Plaintiff,

v.

San Diego Board of Supervisors et al.,

    Defendants.

# NOTICE OF WAIVER OF SERVICE

## Civil Action No. 3:24-cv-00671-JO-BJC

TO THE HONORABLE COURT:

Plaintiff hereby provides notice that all defendants in this action have waived formal service of process pursuant to Federal Rule of Civil Procedure 4(d). Signed Waivers of Service of Summons have been received from:

1. Board of Supervisors of the County of San Diego

2. County of San Diego

3. Luis Pena

4. Franciesca Balerio

As required by Rule 4(d), defendants have acknowledged receipt of the complaint and waiver forms, and have agreed to save the expense of serving a summons in this case. The defendants retain all defenses and objections to the lawsuit, except for objections to the absence of a summons or service.

Respectfully submitted,

Robert Emert

Robert Emert

Pro Se Plaintiff

11/29/24


CERTIFICATE OF SERVICE


I hereby certify that on 11/29/24, I filed the foregoing with the Clerk of Court and defendants' counsel Austin Uhler at austin.uhler@sdcounty.ca.gov.

Robert Emert

Robert Emert

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of California

Robert Emert
*Plaintiff*
v.
San Diego Board of Supervisors et al.
*Defendant*

Civil Action No. 3:24-cv-00671-JO-BJC

## WAIVER OF THE SERVICE OF SUMMONS

To: **Robert Emert**
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from **11/13/2024**, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: **11/14/2024**

_____
*Signature of the attorney or unrepresented party*

**Franciesca Balerio**
*Printed name of party waiving service of summons*

**Austin Uhler**
*Printed name*

Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA 92101
*Address*

austin.uhler@sdcounty.ca.gov
*E-mail address*

(619) 318-7865
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of California

Robert Emert )
*Plaintiff* )
v. ) Civil Action No. 3:24-cv-00671-JO-BJC
San Diego Board of Supervisors et al. )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: **Robert Emert**
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from **11/13/2024**, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: **11/14/2024**

_____
*Signature of the attorney or unrepresented party*

**Board of Supervisors of the County of San Diego**
*Printed name of party waiving service of summons*

**Austin Uhler**
*Printed name*

**Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA 92101**
*Address*

**austin.uhler@sdcounty.ca.gov**
*E-mail address*

**(619) 318-7865**
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
## for the
### Southern District of California

Robert Emert )
*Plaintiff* )
v. ) Civil Action No. 3:24-cv-00671-JO-BJC
San Diego Board of Supervisors et al. )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: **Robert Emert**
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from **11/13/2024**, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: **11/14/2024**

*Signature of the attorney or unrepresented party*

**County of San Diego**
*Printed name of party waiving service of summons*

**Austin Uhler**
*Printed name*

Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA 92101
*Address*

austin.uhler@sdcounty.ca.gov
*E-mail address*

(619) 318-7865
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| **Robert Emert** <br> *Plaintiff* <br> v. <br> **San Diego Board of Supervisors et al.** <br> *Defendant* | ) <br> ) <br> )   Civil Action No.  **3:24-cv-00671-JO-BJC** <br> ) <br> ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: **Robert Emert**
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from **11/13/2024**, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: **11/14/2024**

_____  
*Signature of the attorney or unrepresented party*

**Luis Peña**  
*Printed name of party waiving service of summons*

**Austin Uhler**  
*Printed name*

**Office of County Counsel, County of San Diego**  
**1600 Pacific Highway, Room 355**  
**San Diego, CA 92101**  
*Address*

**austin.uhler@sdcounty.ca.gov**  
*E-mail address*

**(619) 318-7865**  
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.