CLAUDIA G. SILVA, County Counsel (SBN 167868)
By: AUSTIN M. UHLER, Senior Deputy (SBN 319684)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 318-7865
E-mail: austin.uhler@sdcounty.ca.gov

Attorneys for Defendants Franciesca D. Balerio (erroneously sued as "Dawn Balerio"), Luis Peña, County of San Diego, and Board of Supervisors of the County of San Diego

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAN DIEGO BOARD OF SUPERVISORS, COUNTY OF SAN DIEGO, DDA DAWN BALERIO ACTING IN HER OFFICIAL CAPACITY, DAI LUIS PENA ACTING IN HIS OFFICIAL CAPACITY,<br><br>　　　　Defendants. | No. 3:24-cv-00671-JO-BJC<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:　　　　　　February 27, 2025<br>Time:　　　　　　9:30 a.m.<br>Courtroom:　　　　4C<br>District Judge:　　Hon. Jinsook Ohta<br>Magistrate Judge:　Hon. Benjamin J. Cheeks<br>Trial:　　　　　　None Set |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 27, 2025, at 9:30 a.m. or as soon thereafter as counsel may be heard in Courtroom 4C of the above-entitled Court, located at 221 West Broadway, San Diego, California, before the Honorable Jinsook Ohta, Defendants Franciesca Balerio, Luis Peña, County of San Diego, and Board of Supervisors of the County of San Diego will and hereby do move for an order dismissing Plaintiff Robert Emert's Complaint and this entire action under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

The motion is made on the grounds that the Court lacks subject-matter jurisdiction over Plaintiff's claims and requests for relief, and that Plaintiff has failed to state any claim upon which relief can be granted against these Defendants.

The motion qualifies for exception (1) to the Court's meet-and-confer requirement established by Section II of the Court's Civil Chambers Rules, because Plaintiff is appearing *pro se* and is not an attorney.

The motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and Request for Judicial Notice, the complete files and record of this action, and such other matters as may be presented to the Court at the hearing.

DATED: January 13, 2025          CLAUDIA G. SILVA, County Counsel

                                 By:   s/Austin M. Uhler
                                       AUSTIN M. UHLER, Senior Deputy
                                 Attorneys for Defendants Franciesca D. Balerio,
                                 Luis Peña, County of San Diego, and Board of
                                 Supervisors of the County of San Diego
                                 E-mail: austin.uhler@sdcounty.ca.gov