CLAUDIA G. SILVA, County Counsel (SBN 167868)
By: AUSTIN M. UHLER, Senior Deputy (SBN 319684)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 318-7865
E-mail: austin.uhler@sdcounty.ca.gov

Attorneys for Defendants Franciesca D. Balerio (erroneously sued as "Dawn Balerio"), Luis Peña, County of San Diego, and Board of Supervisors of the County of San Diego

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN DIEGO BOARD OF SUPERVISORS, COUNTY OF SAN DIEGO, DDA DAWN BALERIO ACTING IN HER OFFICIAL CAPACITY, DAI LUIS PENA ACTING IN HIS OFFICIAL CAPACITY,<br><br>　　　　Defendants. | No. 3:24-cv-00671-JO-BJC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:　　　　February 27, 2025<br>Time:　　　　9:30 a.m.<br>Courtroom:　　4C<br>District Judge:　Hon. Jinsook Ohta<br>Magistrate Judge: Hon. Benjamin J. Cheeks<br>Trial:　　　　None Set |

Defendants request under Federal Rule of Evidence 201(c)(2) that this Court take judicial notice of all facts not subject to reasonable dispute contained in the following Exhibits:

**Exhibit 1** –California Courts, Appellate Court Case Information. Search by Case Party with Last Name "Emert" in the California Court of Appeal, 4th Appellate District, Division 1. The search can be reproduced by accessing the search tool on the California courts' official website here: https://appellatecases.courtinfo.ca.gov/search.cfm?dist=41 (search by party with last name "Emert").

**Exhibit 2** – Misdemeanor/Felony – Pre-Disposition Minutes in case *People v. Emert*, San Diego Superior Court case number CD297230, dated January 6, 2023.

**Exhibit 3** – Misdemeanor/Felony – Pre-Disposition Minutes in case *People v. Emert*, San Diego Superior Court case number CD297230, dated January 13, 2023.

**Exhibit 4** – Preliminary Examination Minutes in case *People v. Emert*, San Diego Superior Court case number CD297230, dated February 10, 2023.

A court must take judicial notice of adjudicative facts if requested by a party and supplied with the necessary information. *See* Fed. R. Evid. 201(c)(2). "The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction or (2) can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b).

Here, each Exhibit was produced by and maintained in the files of a California Superior Court or accessed from the California courts' official website. It is proper for a district court to take judicial notice of the facts not subject to reasonable dispute in such documents. *See Frlekin v. Apple, Inc.*, 979 F.3d 639 (9th Cir. 2020) (taking judicial notice of filings in state court); *Santos v. County of Los Angeles Dep't of Children and Family Servs.*, 299 F. Supp. 2d 1070 (C.D. Cal. 2004) (taking judicial notice of state-court records in federal civil rights action arising from custody dispute); *Hill v. Goord*, 63 F. Supp. 2d 254 (E.D.N.Y. 1999) (taking judicial notice of state-court orders in federal § 1983 action).

DATED: January 13, 2025         CLAUDIA G. SILVA, County Counsel

By:   s/Austin M. Uhler
      AUSTIN M. UHLER, Senior Deputy
Attorneys for Defendants Franciesca D. Balerio, Luis Peña, County of San Diego, and Board of Supervisors of the County of San Diego
E-mail: austin.uhler@sdcounty.ca.gov