CLAUDIA G. SILVA, County Counsel (SBN 167868)
By: AUSTIN M. UHLER, Senior Deputy (SBN 319684)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 318-7865
E-mail: austin.uhler@sdcounty.ca.gov

Attorneys for Defendants Franciesca D. Balerio (erroneously sued as "Dawn Balerio"), Luis Peña, County of San Diego, and Board of Supervisors of the County of San Diego

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT, <br><br> Plaintiff, <br><br> v. <br><br> SAN DIEGO BOARD OF SUPERVISORS, COUNTY OF SAN DIEGO, DDA DAWN BALERIO ACTING IN HER OFFICIAL CAPACITY, DAI LUIS PENA ACTING IN HIS OFFICIAL CAPACITY, <br><br> Defendants. | No. 3:24-cv-00671-JO-BJC <br><br> **DECLARATION OF AUSTIN M. UHLER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> Date: February 27, 2025 <br> Time: 9:30 a.m. <br> Courtroom: 4C <br> District Judge: Hon. Jinsook Ohta <br> Magistrate Judge: Hon. Benjamin J. Cheeks <br> Trial: None Set |

I, Austin M. Uhler, declare:

1. I am an attorney licensed to practice law in the State of California and admitted to practice in this District Court. I am a Senior Deputy with the Office of County Counsel for the County of San Diego and represent the four Defendants in this action. I am familiar with the facts of this case and make this declaration based upon my own personal knowledge.

2. Attached to the accompanying Request for Judicial Notice are true and correct copies of the following documents:

24cv00671

**Exhibit 1** – California Courts, Appellate Court Case Information. Search by Case Party with Last Name "Emert" in the California Court of Appeal, 4th Appellate District, Division 1. The search can be reproduced by accessing the search tool on the California courts' official website here: https://appellatecases.courtinfo.ca.gov/search.cfm?dist=41 (search by party with last name "Emert"). I performed the search that produced Exhibit 1 as its result at or around 8:42 a.m. on January 10, 2025.

**Exhibit 2** – Misdemeanor/Felony – Pre-Disposition Minutes in case *People v. Emert*, San Diego Superior Court case number CD297230, dated January 6, 2023. I obtained these minutes directly from the referenced criminal case file located in the Central Courthouse of the San Diego Superior Court on or around June 18, 2024.

**Exhibit 3** – Misdemeanor/Felony – Pre-Disposition Minutes in case *People v. Emert*, San Diego Superior Court case number CD297230, dated January 13, 2023. I obtained these minutes directly from the referenced criminal case file located in the Central Courthouse of the San Diego Superior Court on or around June 18, 2024.

**Exhibit 4** – Preliminary Examination Minutes in case *People v. Emert*, San Diego Superior Court case number CD297230, dated February 10, 2023. I obtained these minutes directly from the referenced criminal case file located in the Central Courthouse of the San Diego Superior Court on or around June 18, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 13, 2025.

s/Austin M. Uhler
AUSTIN M. UHLER