**EXHIBIT 1**

# Appellate Courts Case Information

## Search Results - 4th Appellate District Division 1

Change court ⌄

Search by Case Party

Last Name or Organization: Emert

<< Search screen

1 - 12 of 12 Records Found.

Click on the case number for more information about a case.

| Court of Appeal Case Number | Trial Court Case Number | Case Caption |
| --- | --- | --- |
| D084322 | 19FL010852N | Schuck v. Emert |
| D083698 | 19FL010852N | Emert v. The Superior Court of San Diego County/Emert |
| D083587 | SCD297230 | The People v. Emert |
| D083477 | SCD297230 | The People v. Emert |
| D083257 | SCD297230 | Emert v. The Superior Court of San Diego County/The People |
| D083239 | SCD297230 | In re ROBERT EMERT on Habeas Corpus |
| D082709 | SCD297230 | Emert v. The Superior Court of San Diego County/The People |
| D082668 | 19FL010852N | Emert v. The Superior Court of San Diego County/The People |
| D082272 | SCD297230 | The People v. Emert |
| D079955 | 19FL010852N | Emert v. Emert |
| D079684 | 19FL010852N | Emert v. The Superior Court of San Diego County/Emert |
| D079102 | 19FL010852N | Emert v. The Superior Court of San Diego County/Emert |

Careers  |  Contact Us  |  Accessibility  |  Public Access to Records  |  Terms of Use  |  Privacy

© 2025 Judicial Council of California