**EXHIBIT 2**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☒ Central Division ☐ East County Division ☐ North County Division ☐ South County Division  Waivers: ☐ Time ☐ 4th

PEOPLE vs. EMERT ROBERT A STATUS: WT $_____ ☐ BB ☐ CB (Y/N)
CASE # CD297230  PROS. # AFA20201  DOB 031069  BKG # 23700402  CTS: ____ days ____ hrs.
DATE: 01/06/23 AT 01:30 DEPT. # 101 INTERP: _____ ☐ Spanish ☐ Sworn ☐ Oath on File
JUDGE/COMM/TEMP JUDGE HANOIAN, LOUIS R (Laura Halgren) ☐ STIP. FILED  REPORTER: J. Pena CSR 14213
CLERK: D. Van Mouwerik                                     CSR # / COUNTER #: _____

CHARGE(S): PC278.5(A)

FUTURE DATES: ☐ CONFIRMED ☐ VACATED
E. Bodnar _____  D. Lowe _____
Attorney for the People (DDA/DCA/DAG) ☐ Supervised Cert. Legal Intern   Attorney for Defendant (PD/APD/OAC/Retained/Counseling) ☐ Supervised Cert. Legal Intern
DEFENDANT: ☒ PRESENT ☒ VIA AUDIO VIDEO ☐ SELF REPRESENTED ☐ NOT PRESENT ☐ NOT PRODUCED ☐ FAILED TO APPEAR
Case called for ☐ FTA ☒ Arraignment ☐ Bail Review ☐ Readiness/DWT ☐ Jury Trial ☐ Preliminary Examination ☐ Motion
☐ PC1000 _____ ☐ Full ☐ Limited Protective Order Expires: _____ Protected Party: _____
☒ Warrant Ordered/Issued on 1-4-23 ☐ Held to today ☒ Cleared ☐ Outstanding. ☐ Bail Bond # _____ $ _____ forfeited.
CASE TRANSFERRED TO DEPT. _____ TIME ESTIMATE: _____
Complaint amended ☐ by interlineation to read: _____
☐ Amended ☐ Amendment to ☐ complaint filed ☐ charging ☐ adding ☐ VC23103(a) pursuant to VC23103.5 ☐ VC22107, VC21658(a), PC647(f)
☐ _____ as INFRACTION(S) pursuant to PC17(d)(2). ☐ other: _____
☐ Defendant advised of and waives the right to a **separate and conflict-free attorney / interpreter** for this court appearance.
☒ Defendant duly arraigned and advised of the **constitutional and statutory rights** as indicated on the reverse side of this minute order*.
☒ Acknowledgment of advisal of constitutional rights signed and filed. ☒ Defendant has received copy of complaint.
☒ Defendant waives reading of complaint. ☒ Deft. states **true name** is _____ ☒ on complaint [ ___ line]
☒ DEFENDANT PLEADS NOT GUILTY and denies any priors/allegations/separate convictions alleged ☐ on amended complaint.
☐ Defendant WAIVES: ☐ time for speedy trial ☐ 10 day/60 day statutory time for preliminary hearing ☐ personal presence ☐ per PC977
              ☐ bail review ☐ jury trial ☐ preliminary hearing
COUNSEL ☒ MOTION FOR APPOINTED ATTORNEY ☒ Granted ☒ Public Defender ☐ Alternate Public Defender ☐ Office of Assigned Counsel
Atty: _____ ☐ Re-appointed ☐ Denied ☐ Referred to Near Indigent Panel ☐ Defendant to retain counsel.
☐ Motion for self-representation is ☐ granted ☐ denied. ☐ Faretta/Lopez Waiver signed & filed. ☐ OAC appointed - legal runner/reasonable ancillary services.
CONVICTION ☐ Deft. is sworn and examined. ☐ Defendant withdraws any previously entered plea.
DEFENDANT PLEADS: ☐ GUILTY ☐ NO CONTEST to: _____ ☐ VC23152(a) / (b)
☐ Admits _____ separate conviction(s) alleged/ _____ allegation(s)
☐ Charges contained in amended/amendment to complaint. ☐ VC23103(a) per 23103.5 as a lesser included/related offense of _____
☐ On motion of Court/People/Defendant remaining count(s) _____ is/are DISMISSED. Allegation(s)/Prior(s) remaining is/are STRICKEN ☐ FOJ ☐ VOP
☐ Plea form executed and filed ☐ People vs. West ☐ BAC: _____
☐ Court finds a knowing and intelligent waiver of constitutional rights and factual basis for the plea.
☐ ADVISALS given by the court: ☐ Theft (PC666) ☐ DUI (VC23593) ☐ Immigration consequences (PC1016.5)
☐ WAIVERS: ☐ Arbuckle ☐ Blakely ☐ Cruz ☐ Harvey ☐ Appeal Rights ☐ Non-Bio. Evidence Disposal ☐ Time for sentencing, see JUDGMENT MINUTES.
☐ PC1210 ☐ Drug Court ☐ accepted ☐ declined.
☐ Stipulated bindover. ☐ Case certified as a general jurisdiction matter. ☐ Complaint deemed the Information.
☐ Defendant to provide DNA database samples as directed by Sheriff or Probation Dept. (PC296).
MOTION for Release _____ by ☐ People ☒ Defendant ☐ with ☐ without objection ☐ GRANTED ☒ DENIED.
PC1000 ☐ Defendant's motion for PC1000 ☐ granted as to count(s) _____ and criminal proceedings suspended for _____ months ☐ denied.
☐ Enroll in and successfully complete the diversion program, including payment of fees and compliance with all orders.
☐ Enroll in ☐ county certified program ☐ S.D. Rescue Mission Program ☐ Other _____. Enroll by _____
☐ Pay $ _____ div. rest. fee (PC1001.90). ☐ Pay $ _____ div. admin fee (PC1001.15, 1001.16). Total due $ _____
☐ Payment due: _____ ☐ Payments set at $ _____ per month starting _____ and on the _____ of each month thereafter until paid in full.
☐ Report immediately to clerk/SAAU for program assignment/enroll-by date/payment date(s) _____ ☐ Def. motion to re-enroll granted – enroll by _____
☐ Defendant has satisfactorily COMPLETED the PC1000 Program. ☐ Previously entered plea to count(s) _____ set aside ☐ count(s) _____ dismissed.
☐ Defendant has FAILED to satisfactorily complete the PC1000 Program. ☐ PC1000 terminated and criminal proceedings reinstated.
☐ Unpaid diversion fees set aside. ☐ Court makes a finding of guilt to the charge(s) pled. ☐ Time waived for sentencing, see JUDGMENT.
REFERRALS Report ☐ immediately ☐ by _____ to ☐ SAAU ☐ Probation Department ☐ Probation to interview.
☐ Pre-sentence ☐ Mini ☐ Supplemental ☐ Psych. ☐ Limited re: Drugs / Alcohol / Domestic Violence / Anger Management / Restitution Report Ordered.
☐ Pre-sentence report waived. ☐ Court Collections ☐ for payment of attorney fees ** $ _____ ☐ Indigent as to attorney fees.
** The court finds that the defendant has the ability to repay the County of San Diego for the costs of court appointed attorney fees.

HEARINGS ☒ Set/cont. on motion of ☐ People ☐ Defense ☐ Opposed ☐ Unopposed ☐ By Stipulation, _____ ☐ Statutory time is WAIVED
DEFENDANT IS ORDERED TO APPEAR for ☐ _____ on _____ at _____ in Dept. _____
☐ Re: Attorney _____ at _____ in Dept. _____ ☐ Motion/PC1538.5 _____ at _____ in Dept. _____
☐ Arraignment _____ at _____ in Dept. _____ ☐ Jury / Court Trial _____ at _____ in Dept. _____
☒ Bail Review 01·11·23 at 8:30 in Dept. 101 ☐ Sentencing _____ at _____ in Dept. _____
☒ Readiness/DWT 01·18·23 at 8:15 in Dept. 1102 ☐ Prob. Hrg. & Sent _____ at _____ in Dept. _____
☒ Prelim Exam 01·20·23 at 8:30 in Dept. 102 ☐ PC1000/Drug Ct _____ at _____ in Dept. _____
Time Estimate: 2.5 (half day)  Days remaining: _____ Set with case(s): _____

MENTAL HEALTH ☐ Proceedings suspended pursuant to PC1368. Mental competency examination on _____ at _____ by Forensic Psychiatry Clinic. Females - Central Division, Hall of Justice, Room 481; Males – Central Detention Facility. Hearing on _____ at _____ In Dept. _____ of the Central Division. ☐ The Sheriff is ordered to transport the defendant to and from the examination and hearing stated above.
OTHER ☐ Verbal notice of license suspension (DL 310) signed. ☐ Fingerprint form filed.
☐ Book & Release – Report on _____ at _____ to ☐ Central ☐ Vista ☐ Las Colinas Detention Facility.
Protective Order re: Law Enforcement Generated Video is Signed & Filed.

without prejudice
CUSTODY STATUS Defendant ☒ REMANDED to custody of Sheriff ☒ without bail ☐ with bail set at / increased to / reduced to $ _____
☐ PC1275.1 HOLD. ☐ Pretrial Services Report Ordered re: SOR ☐ Refer to CPAC.
☐ REMAINS AT LIBERTY ☐ RELEASED: ☐ on bail previously posted ☐ after booking ☐ PC1000 ☐ OR ☐ SUPERVISED OR-comply with PTS conditions
☐ same terms and conditions ☐ to an authorized representative of: _____ on _____ at _____
☐ Release Conditions: ☐ Attend _____ self-help mtgs. per week and submit proof at each court hearing. ☐ Abstain from alcohol.
☐ Not use or possess any controlled substances without a valid prescription. ☐ Not possess narcotic paraphernalia.
☐ Deft. waives **4th amendment rights** and agrees to submit person, vehicle, place of residence, property, personal effects to search at any time with or without a warrant, and with or without reasonable cause, when required by a Probation Officer or other law enforcement officer ☐ until revoked. ☐ for the duration of PC1000. ☐ Have no contact with / stay away from: _____ ☐ **Protective Order** issued.
☐ Previously ordered: ☐ **4th WAIVER** ☐ continues ☐ deleted ☐ **PROTECTIVE ORDER** ☐ continues ☐ deleted.
WARRANT ☐ Arrest ☐ Bench ☐ _____ Warrant ordered ☐ Bail set at $ _____ ☐ No Bail. ☐ Counsel reports no contact with defendant.
☐ Schedule for hearing. ☐ Mandatory appearance. ☐ Night service authorized. ☐ Cash bail may be forfeited. ☐ **ISSUED ON:** _____
☐ HOLD issuance to DATE ABOVE. ☐ Warrant previously ordered/issued ☐ remains outstanding ☐ rescinded ☐ **RECALLED ON:** _____
☐ Affidavit requested. Due by: _____
BAIL is ☐ exonerated ☐ forfeited ☐ Fine from bail, refund balance. ☐ Declaration of non-collusion/ re-assumption of liability filed.
☐ Bail forfeiture is set aside and bond is ☐ reinstated ☐ exonerated ☐ upon payment of court cost $ _____ within 30 days ☐ cost waived
☐ Bond #: _____ Bond $ _____ Bond Co. _____

Date: _____ ATTEST A TRUE COPY, Clerk of the Superior Court by _____ Deputy
Distribution by DM on 01/06 to: Jail Deft. Atty. Pros. Prob. R&R Interpreter Acct. SAAU Other: _____

SDSC CRM-150 (Rev. 10/19)     MISDEMEANOR/FELONY – PRE-DISPOSITION MINUTES