# EXHIBIT 3

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

12

☒ Central Division ☐ East County Division ☐ North County Division ☐ South County Division  Waivers: ☐ Time ☐ 4th

PEOPLE vs. EMERT ROBERT A   STATUS: CUST   $ NO BAIL   ☐ BB ☐ CB (Y/N)
CASE #: CD297230   PROS. #: AFA20201   DOB: 031069   BKG #: 23700407   CTS: ___ days ___ hrs.
DATE: 01/13/23   AT 08:30   DEPT. #: 101   INTERP: ___   ☐ Spanish ☐ Sworn ☐ Oath on File
JUDGE/COMM/TEMP JUDGE: DANIELSEN, DAVID J.   ☐ STIP. FILED   REPORTER: ___
CLERK: V. Aguto   CSR # / COUNTER #: 14312

CHARGE(S): PC278.5(A)

FUTURE DATES: FR 1-18-23 @ 8:15 D.1102   PE 1-20-23 @ 8:30 D-102  ☒ CONFIRMED ☐ VACATED
P-DEFENDERS  F. Hilari / A. Ryan

Attorney for the People ☒DDA / ☐DCA / ☐DAG   ☐ Supervised Cert. Legal Intern   Attorney for Defendant (☐PD / ☐APD / ☐OAC / ☒Retained / ☐Counseling) ☐ Supervised Cert. Legal Intern

DEFENDANT: ☒ PRESENT ☐ VIA AUDIO VIDEO ☐ SELF REPRESENTED ☐ NOT PRESENT ☐ NOT PRODUCED ☐ FAILED TO APPEAR

Case called for ☐ FTA ☐ Arraignment ☒ Bail Review ☐ Readiness/DWT ☐ Jury Trial ☐ Preliminary Examination ☐ Motion
☐ PC1000 ___ ☐ Full ☐ Limited Protective Order Expires: ___ Protected Party: ___
☐ Warrant Ordered/Issued on ___ ☐ Held to today ☐ Cleared ☐ Outstanding. ☐ Bail Bond # ___ $ ___ forfeited.

CASE TRANSFERRED TO DEPT. ___ TIME ESTIMATE: ___
Complaint amended ☐ by interlineation to read: ___
☐ Amended ☐ Amendment to ☐ complaint filed ☐ charging ☐ adding ☐ VC23103 (a) pursuant to VC23103.5 ☐ VC22107, VC21658(a), PC647(f)
☐ ___ as INFRACTION(S) pursuant to PC17(d)(2). ☐ other: ___
☐ Defendant advised of and waives the right to a separate and conflict-free attorney / interpreter for this court appearance.
☐ Defendant duly arraigned and advised of the constitutional and statutory rights as indicated on the reverse side of this minute order*.
☐ Acknowledgment of advisal of constitutional rights signed and filed. ☐ Defendant has received copy of complaint.
☐ Defendant waives reading of complaint. ☐ Deft. states true name is ___ ☐ on complaint [___ line]
☐ DEFENDANT PLEADS NOT GUILTY and denies any priors/allegations/separate convictions alleged ☐ on amended complaint.
☐ Defendant WAIVES: ☐ time for speedy trial ☐ 10 day/60 day statutory time for preliminary hearing ☐ personal presence ☐ per PC977
☐ bail review ☐ jury trial ☐ preliminary hearing

COUNSEL ☐ MOTION FOR APPOINTED ATTORNEY ☐ Granted ☐ Public Defender ☐ Alternate Public Defender ☐ Office of Assigned Counsel
Atty: ___ ☐ Re-appointed ☐ Denied ☐ Referred to Near Indigent Panel ☐ Defendant to retain counsel.
☐ Motion for self-representation is ☐ granted ☐ denied. ☐ Faretta/Lopez Waiver signed & filed. ☐ OAC appointed - legal runner/reasonable ancillary services.

CONVICTION ☐ Deft. is sworn and examined. ☐ Defendant withdraws any previously entered plea.
DEFENDANT PLEADS: ☐ GUILTY ☐ NO CONTEST to: ___ ☐ VC23152(a) / (b)
☐ Admits ___ separate conviction(s) alleged/ ___ allegation(s)
☐ Charges contained in amended/amendment to complaint. ☐ VC23103(a) ☐ per 23103.5 ☐ as a lesser included/related offense of ___.
☐ On motion of Court/People/Defendant remaining count(s) ___ is/are DISMISSED. Allegation(s)/Prior(s) remaining is/are STRICKEN ☐ FOJ ☐ VOP
☐ Plea form executed and filed ☐ People vs. West ☐ BAC: ___
☐ Court finds a knowing and intelligent waiver of constitutional rights and factual basis for the plea.
☐ ADVISALS given by the court: ☐ Theft (PC666) ☐ DUI (VC23593) ☐ Immigration consequences (PC1016.5)
☐ WAIVERS: ☐ Arbuckle ☐ Blakely ☐ Cruz ☐ Harvey ☐ Appeal Rights ☐ Non-Bio. Evidence Disposal ☐ Time for sentencing, see JUDGMENT MINUTES.
☐ PC1210 ☐ Drug Court ☐ accepted ☐ declined.
☐ Stipulated bindover. ☐ Case certified as a general jurisdiction matter. ☐ Complaint deemed the Information.
☐ Defendant to provide DNA database samples as directed by Sheriff or Probation Dept. (PC296).

MOTION for release ___ by ☐ People ☒ Defendant ☒ with ☐ without objection ☐ GRANTED ☒ DENIED.
PC1000 ☐ Defendant's motion for PC1000 ☐ granted as to count(s) ___ and criminal proceedings suspended for ___ months ☐ denied.
☐ Enroll in and successfully complete the diversion program, including payment of fees and compliance with all orders.
☐ Enroll in ☐ county certified program ☐ S.D. Rescue Mission Program ☐ Other ___. Enroll by ___.
☐ Pay $ ___ div. rest. fee (PC1001.90). ☐ Pay $ ___ div. admin fee (PC1001.15, 1001.16). Total due $ ___.
☐ Payment due: ___ ☐ Payments set at $ ___ per month starting ___ and on the ___ of each month thereafter until paid in full.
☐ Report immediately to clerk/SAAU for program assignment/enroll-by date/payment date(s). ☐ Def. motion to re-enroll granted – enroll by ___
☐ Defendant has satisfactorily COMPLETED the PC1000 Program. ☐ Previously entered plea to count(s) ___ set aside ☐ count(s) ___ dismissed.
☐ Defendant has FAILED to satisfactorily complete the PC1000 Program. ☐ PC1000 terminated and criminal proceedings reinstated.
☐ Unpaid diversion fees set aside. ☐ Court makes a finding of guilt to the charge(s) cited. ☐ Time waived for sentencing, see JUDGMENT.

REFERRALS Report ☐ immediately ☐ by ___ to ☐ SAAU ☐ Probation Department ☐ Probation to interview.
☐ Pre-sentence ☐ Mini ☐ Supplemental ☐ Psych. ☐ Limited re: Drugs / Alcohol / Domestic Violence / Anger Management / Restitution Report Ordered.
☐ Pre-sentence report waived. ☐ Court Collections ☐ for payment of attorney fees ** $ ___ ☐ Indigent as to attorney fees.
** The court finds that the defendant has the ability to repay the County of San Diego for the costs of court appointed attorney fees.

HEARINGS Set/cont. on motion of ☐ People ☐ Defense ☐ Opposed ☐ Unopposed ☐ By Stipulation, ___ ☐ Statutory time is WAIVED
DEFENDANT IS ORDERED TO APPEAR for ☐ ___ on ___ at ___ in Dept. ___
☐ Re: Attorney ___ at ___ in Dept. ___   ☐ Motion/PC1538.5 ___ at ___ in Dept. ___
☐ Arraignment ___ at ___ in Dept. ___   ☐ Jury / Court Trial ___ at ___ in Dept. ___
☐ Bail Review ___ at ___ in Dept. ___   ☐ Sentencing ___ at ___ in Dept. ___
☐ Readiness/DWT ___ at ___ in Dept. ___   ☐ Prob. Hrg. & Sent ___ at ___ in Dept. ___
☐ Prelim Exam ___ at ___ in Dept. ___   ☐ PC1000/Drug Ct ___ at ___ in Dept. ___
Time Estimate: ___ hr/day   Days remaining: ___   Set with case(s): ___

MENTAL HEALTH ☐ Proceedings suspended pursuant to PC1368. Mental competency examination on ___ at ___ by Forensic Psychiatry Clinic. Females - Central Division, Hall of Justice, Room 481; Males – Central Detention Facility. Hearing on ___ at ___ in Dept. ___ of the Central Division. ☐ The Sheriff is ordered to transport the defendant to and from the examination and hearing stated above.

OTHER ☐ Verbal notice of license suspension (DL 310) signed. ☐ Fingerprint form filed.
☐ Book & Release – Report on ___ at ___ to ☐ Central ☐ Vista ☐ Las Colinas Detention Facility.

Defendants family member Donna Emert addresses the Court.

CUSTODY STATUS Defendant ☒ REMANDED to custody of Sheriff ☒ without bail ☐ with bail set at / increased to / reduced to $ ___
☐ PC1275.1 HOLD.   ☐ Pretrial Services Report Ordered re: SOR   ☐ Refer to CPAC.
☐ REMAINS AT LIBERTY ☐ RELEASED: ☐ on bail previously posted ☐ after booking ☐ PC1000 ☐ OR ☐ SUPERVISED OR-comply with PTS conditions ☐ same terms and conditions ☐ to an authorized representative of: ___ on ___ at ___
☐ Release Conditions: ☐ Attend ___ self-help mtgs. per week and submit proof at each court hearing. ☐ Abstain from alcohol.
☐ Not use or possess any controlled substances without a valid prescription. ☐ Not possess narcotic paraphernalia.
☐ Deft. waives 4th amendment rights and agrees to submit person, vehicle, place of residence, property, personal effects to search at any time with or without a warrant, and with or without reasonable cause, when required by a Probation Officer or other law enforcement officer ☐ until revoked. ☐ for the duration of PC1000. ☒ Have no contact with / stay away from: Bryce F. and Andrea Slack ☒ Protective Order issued.
☐ Previously ordered: ☐ 4th WAIVER ☐ continues ☐ deleted ☒ PROTECTIVE ORDER ☐ continues ☐ deleted.

WARRANT ☐ Arrest ☐ Bench ☐ Warrant ordered ☐ Bail set at $ ___ ☐ No Bail. ☐ Counsel reports no contact with defendant.
☐ Schedule for hearing. ☐ Mandatory appearance. ☐ Night service authorized. ☐ Cash bail may be forfeited. ☐ ISSUED ON: ___
☐ HOLD issuance to DATE ABOVE. ☐ Warrant previously ordered/issued ☐ remains outstanding ☐ rescinded ☐ RECALLED ON: ___
☐ Affidavit requested. Due by: ___

BAIL is ☐ exonerated ☐ forfeited ☐ Fine from bail, refund balance. ☐ Declaration of non-collusion/ re-assumption of liability filed.
☐ Bail forfeiture is set aside and bond is ☐ reinstated ☐ exonerated ☐ upon payment of court cost $ ___ within 30 days ☐ cost waived
☐ Bond #: ___ Bond $ ___ Bond Co. ___

Date: ___ ATTEST A TRUE COPY, Clerk of the Superior Court by ___ Deputy

Distribution by: V.A. on 1-13-23 to: ☒Jail ☐Deft. ☒Atty. ☐Pros. ☐Prob. ☐R&R ☐Interpreter ☐Acct. ☐SAAU ☐Other: ___

SDSC CRM-150 (Rev. 10/19)   MISDEMEANOR/FELONY – PRE-DISPOSITION MINUTES