EXHIBIT 4

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☒ Central Division ☐ East County Division ☐ North County Division ☐ South County Division  Waivers: ☐ Time ☐ 4th

PEOPLE vs. **Emert, Robert A.**  STATUS: CUST $ NO BAIL  ☐ BB ☐ CB (Y/N)
CASE # **C0297230**  PROS. # **ASA-2021**  DOB: **031069**  BKG # **22700402**  CTS: ____ days ____ hrs.
DATE: **2-10-23**  AT **8:30**  DEPT. # **1501**  INTERP: _____  ☐ Spanish ☐ Sworn ☐ Oath on File
JUDGE/COMM/TEMP JUDGE: **MARIAN F. GASTON**  ☐ STIP. FILED  REPORTER: _____
CLERK: **J. Bradford**  CSR # / COUNTER #: **A. Kurasaki CSR-11470**
CHARGE(S): **PC 278.5(A)**

FUTURE DATES: F. _____  ☐ CONFIRMED ☐ VACATED

Attorney for the People (DDA/DCA/DAG) ☐ Supervised Cert. Legal Intern   Attorney for Defendant (PD/APD/OAC/Retained/Counseling) ☐ Supervised Cert. Legal Intern
DEFENDANT: ☒ PRESENT ☐ VIA AUDIO VIDEO ☐ SELF REPRESENTED ☐ NOT PRESENT ☐ NOT PRODUCED ☐ FAILED TO APPEAR

**CASE CALLED FOR PRELIMINARY EXAMINATION**
☐ Amended complaint filed, reading waived, true name as charged, deft. pleads not guilty, denies all allegations.
☐ Parties waive right to ☐ continuous ☐ preliminary hearing. ☐ Stipulated bindover.
☒ People's motion to designate **DAI Luis Pena** as the Investigating officer: ☒ granted ☐ denied.
☐ People's ☐ Defendant's ☐ Joint motion to exclude ☐ witnesses ☐ public: ☐ granted ☐ denied. ☐ Witnesses admonished by the court.
☐ Counsel stipulate _____

☐ Counsel stipulate that _____ is deemed to have testified to certain matters recited on the record.
☐ Stipulation recited on the record by _____. ☐ Stipulation for preliminary hearing and motions only.

| PEO | DEF | WITNESSES SWORN AND EXAMINED | P,D,C # | EXHIBIT DESCRIPTION: | MRKD | RECD |
|---|---|---|---|---|---|---|
| ☒ | ☐ | Luis Pena, DAI | P#1 | 4 page document lable "Findings and Orders After Hearing" case #19FL010852N | ☒ | ☒ |
| | | | P#2 | 3 page document labled "Findings and orders After Hrg. case #19FL010852N | ☒ | ☒ |
| | | | P#3 | 18 pg. document labled "Judgement Dissolution" case #19FL010852N | ☒ | ☒ |

☒ SEE ATTACHED EXHIBIT LIST
☒ The People rest. ☒ No affirmative evidence presented by defendant. ☐ Defendant rests. ☒ Arguments by counsel. ☐ Submitted.
**MOTIONS/WAIVERS** ☐ People's ☐ Defendant's ☐ Joint motion _____ ☐ granted ☐ denied.
☐ Defendant's motion to suppress evidence pursuant to PC1538.5 is ☐ granted. ☐ denied.
☐ Defendant's motion to reduce to misdemeanor - PC17(b)(5) pursuant to the Esteybar case is ☐ granted. ☐ denied.
☐ Complaint is amended by interlineation as follows: _____
**FINDINGS** It appearing to the court that the following offenses have been committed, and that there is sufficient cause to believe that the defendant is guilty, the defendant is **HELD TO ANSWER** on the following counts: **Ct. 1 PC278.5(A)**

Defendant **DISCHARGED** as to the following counts which are **DISMISSED** for insufficiency of evidence: _____

**ARRAIGNMENT**
☒ Counsel stipulate that the complaint is deemed to be the Information. Reading of the Information is waived, true name as charged, defendant pleads not guilty, denies all allegations. ☒ Transcript waived for arraignment. ☐ Appointment of counsel reaffirmed.
☐ Defendant waives statutory time for trial. ☒ Fingerprint form filed.

**DEFENDANT ORDERED TO APPEAR FOR:**
☐ Preliminary Exam. to resume _____ at _____ in Dept. _____
☐ Arraignment on Information _____ at _____ in Dept. _____
☐ Bail Review _____ at _____ in Dept. _____
☒ Readiness Conference **3-10-23** at **8:15** in Dept. **1102**
☒ Jury Trial **3-3-23 3-30-23** at **1:15** in Dept. **102** Days left **12**
☒ Motions due: **3-3-23**

**MENTAL HEALTH** ☐ Proceedings suspended pursuant to PC1368. Mental competency examination on _____ at _____ by Forensic Psychiatry Clinic. Females - Room 1003, Central Division; Males – Central Detention Facility. Hearing on _____ at _____ in Dept. _____ of the Central Division. ☐ The Sheriff is ordered to transport the defendant to and from the examination and hearing stated above.

**OTHER**
☐ Counsel stipulate that if a motion is filed, the readiness conference date may be advanced/continued to the motion hearing date.
☐ Exhibits released to offering party by stipulation.
☐ The following witnesses are ordered to return on _____ : _____

**CUSTODY STATUS** Deft. ☒ REMANDED to custody of Sheriff ☒ without bail ☐ bail set at/increased to/reduced to $ _____ ☐ PC1275.1 HOLD
☐ Pre-Trial Services report ordered re: SOR
☐ Deft. **RELEASED:** ☐ on bail previously posted ☐ case dismissed ☐ OR/SOR
☐ to: _____ on _____ at _____
☒ Previously ordered: ☐ 4th WAIVER ☐ continues ☐ deleted ☒ PROTECTIVE ORDER ☒ continues ☐ deleted.
**BAIL** is ☐ exonerated ☐ Declaration of non-collusion/reassumption of liability filed.
☐ Bail forfeiture set aside and bond ☐ reinstated ☐ exonerated ☐ upon payment of court cost $_____ within 30 days ☐ cost waived
☐ Bond #: _____ Bond $ _____ Bond Co. _____

Date: **2-10-2023**  _____ JLB
MARIAN F. GASTON  Judge of the Superior Court

Date: _____ ATTEST A TRUE COPY, Clerk of the Superior Court by _____ Deputy
Distribution by: **JLB** on **2-10-23** to: Jail  Deft.  Atty.  Other: _____