# DECLARATION OF SERVICE

I, the undersigned, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California 92101.

On January 13, 2025, I served the following documents:

- **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**
- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**
- **DECLARATION OF AUSTIN M. UHLER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**
- **EXHIBITS TO RJN AND DECLARATION – No. 1 to 4**

in the following manner:

☒ By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

☒ By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

Robert Emert
2351 Vista Lago Terrace
Escondido, CA 92029
Phone: (760) 612-9328
robemert@msn.com
*Pro Se*

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 13, 2025, at San Diego, California.

By: s/ *Carina Foronda*
CARINA FORONDA

*Emert v. San Diego Board of Supervisors, et al.;*
USDC No. 3:24-cv-00671-JO-BJC