# Exhibit A: CCP § 170.6 Challenge, Filed Feb. 9, 2021

00517

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Robert Emert<br>2351 Vista Lago Terrace<br>Escondido, CA 92029<br>Self Represented<br>TELEPHONE NO: 760-612-9328  FAX NO.(Optional):<br>EMAIL ADDRESS (Optional): robemert@msn.com<br>ATTORNEY FOR (Name): Self | FILED<br>Clerk of the Superior Court<br>FEB 08 2021<br>By: _____ |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
☐ CENTRAL DIVISION, CENTRAL COURTHOUSE, 1100 UNION ST., SAN DIEGO, CA 92101
☐ CENTRAL DIVISION, HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101
☐ CENTRAL DIVISION, KEARNY MESA, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123
☐ CENTRAL DIVISION, JUVENILE COURT, 2851 MEADOW LARK DR., SAN DIEGO, CA 92123
☒ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910

| PLAINTIFF(S)/PETITIONER(S)<br>Andrea Emert | |
|---|---|
| DEFENDANT(S)/RESPONDENT(S)<br>Robert Emert | JUDGE<br>Honorable Patti Ratekin |
| IN THE MATTER OF<br>marriage of emert | DEPT<br>NC 19 |
| PEREMPTORY CHALLENGE | CASE NUMBER<br>19FL010852N |

Robert Emert _____, is ☒ a party ☐ an attorney for a party in the above-entitled case and declares that Commissioner Patti C. Ratekin _____, the judicial officer to whom this case is assigned, is prejudiced against the party or the party's attorney or the interests of the party or the party's attorney such that the said party or parties believe(s) that a fair and impartial trial or hearing cannot be had before such judicial officer.

WHEREFORE, pursuant to the provisions of Code Civ. Proc. §170.6, I respectfully request that this court issue its order reassigning said case to another, and different, judicial officer for further proceedings.

I also respectfully request a Judge for this and future proceedings.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 02/08/21

_rob emert_
Signature

### ORDER

☐ GRANTED – The court finds the challenge is timely filed and the party's/attorney's above statement meets the requirements of Code of Civ. Proc. §170.6 (a)(4). The case will be reassigned and a notice will be mailed to the parties and/or counsel.

☒ DENIED  Previous stipulation to commissioner on 2-4-21

IT IS SO ORDERED.

Date: FEB 09 2021

_Patti Ratekin_
~~Judge~~/Commissioner of the Superior Court
PATTI RATEKIN

Date: _____  Case is reassigned to Judge/Commissioner _____

SDSC ADM-381 (New 6/19)     PEREMPTORY CHALLENGE     Code Civ. Proc. § 170.6