ROBERT EMERT
Respondent, In Pro Per
2351 VISTA LAGO TERRACE
ESCONDIDO, CA 92029
TELEPHONE: 760-612-9328
robemert@msn.com



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

3:24-cv-00671-JO-MSB

**NOTICE OF LODGED EXHIBITS ON USB FLASH DRIVE**

Robert Emert

    Plaintiff,

v.

San Diego Board of Supervisors, County of San Diego, DDA Balerio, DAI Luis Pena

    Defendants.

- Civil Local Rule 5.4(c) (permitting documents exceeding 300 pages to be lodged in electronic format)
- Civil Local Rule 5.3(a) (allowing electronic media storage devices when necessary)
- Section III(C) of the Electronic Case Filing Administrative Policies and Procedures Manual

**RELATED CASES:**

Case No. 3:25-cv-00820-DMS-BLM

SCD297230 (SAN DIEGO SUPERIOR COURT)
19FL010852N (SAN DIEGO FAMILY COURT)

Hearing Date: TBD
Time:       TBD
Department: TBD
Judge: TBD

PLEASE TAKE NOTICE that Plaintiff hereby submits the attached USB drive containing Exhibits A through Y pursuant to:

- Civil Local Rule 5.4(c) (permitting documents exceeding 300 pages to be lodged in electronic format)
- Civil Local Rule 5.3(a) (allowing electronic media storage devices when necessary)
- Section III(C) of the Electronic Case Filing Administrative Policies and Procedures Manual

This submission is made at the request of the Clerk of Court. All PDF documents are text-searchable and bookmarked. The USB drive has been virus-scanned, contains no executable files, and is clearly labeled with the case number and exhibit range.

A complete index of contents is as follows:

A. Emails with San Diego District Attorney (includes PC § 1424 Motion detailing DA misconduct, collusion with Andrea Schuck, and ignored § 278.7 defense)

B. Bryce Emert affidavit

C. Bryce Emert letters and emails

D. Bryce Emert transcripts

E. DAI Luis Pena call transcript (not disclosed to defense) containing admissions that "there's no reason for us to be here in criminal court" and statements about pressure from family court attorneys

F. DDA Balerio transcript of interview with Bryce Emert (suppressed exculpatory evidence)

G. Jose Badillo call transcripts

H. Andrea Schuck call transcripts

I. FBI call transcript showing alleged "threat" was fabricated as basis for detention

J. Emails showing no malice

K. Email to DAI Pena regarding CPS interview

L. Email from DOJ forwarding complaint to FBI

M. Email offering DA to talk to Bryce anytime as Bryce has his own phone

N. Email to DAI Pena regarding homeschool information

O. Email to DAI Pena regarding handling in family court

P. Documents regarding Commissioner Ratekin's loss of jurisdiction due to Peremptory challenge on February 9, 2021

Q. Public corruption complaint filed with the Superior Court, DOJ, FBI, San Diego Board of Supervisors

R. Rob Emert medical documents demonstrating STEMI heart attack on December 10, 2024

S. DOJ email that forwarded public corruption complaint to the FBI

T. Comm. Patti Ratekin transcripts proving she was attempting to place Bryce in a facility with zero supporting evidence

U. Additional Comm. Patti Ratekin Transcripts

V. Court transcripts

W. Emails corroborating that Andrea Schuck supported placing Bryce into a "facility" contrary to available evidence

X. Amicable offers of 50/50 custody with both children going back and forth between homes as needed for their emotional wellbeing

Y. Three Family Court Services reports recommending 50/50 custody

All documents on this USB drive are identical to those previously submitted in Case No. 3:25-cv-00820-DMS-BLM on April 7, 2025, and were previously submitted with my California Supreme Court habeas corpus petition (Case No. S284407). These exhibits are directly relevant to my § 1983 claims regarding unlawful detention and prosecutorial misconduct.

To facilitate the Court's review, each exhibit has been extensively bookmarked for easy navigation to key sections. The bookmarks provide detailed guidance to critical evidence supporting my claims of constitutional violations, prosecutorial misconduct, and jurisdictional defects.

This notice of lodged documents is submitted in compliance with the Clerk's request and pursuant to Local Civil Rule 5.4 regarding non-electronic exhibits.

Dated: April 18, 2025

Respectfully submitted,

/s/ Robert Emert

ROBERT EMERT

Plaintiff, In Pro Per

## DECLARATION OF ROBERT EMERT

I, Robert Emert, declare under penalty of perjury under the laws of the United States that:

1. The USB drive lodged with this Notice contains the exhibits described above.
2. This USB drive is identical to that referenced in my "Notice of Related Case, Motion to Incorporate Habeas Evidence, Motion for Immediate Change of Venue to District of Arizona, and Motion for Expedited Review" filed on April 14, 2025.
3. These exhibits are directly relevant to my § 1983 claims of unlawful detention and prosecutorial misconduct.
4. I am submitting this Notice of Lodged Documents pursuant to the Clerk's request to ensure all evidence is properly documented in the court record.
5. The exhibits have been extensively bookmarked to facilitate the Court's review of critical evidence.

Dated: April 18, 2025

/s/ Robert Emert

ROBERT EMERT

## PROOF OF SERVICE

I, Robert Emert, declare that on April 18, 2025, I served the foregoing Notice of Lodged Documents on all parties by electronic mail pursuant to FRCP 5(b)(2)(E) and CivLR 5.4, to the following:

California Attorney General's Office

Email: docketingsdawt@doj.ca.gov, sdag.docketing@sdcounty.ca.gov

San Diego County Probation Department

Email: probation.hr@sdcounty.ca.gov

San Diego County District Attorney's Office

Email: da.appellate@sdcda.org, sandiegodaprop65@sdcda.org

San Diego Superior Court

Email: appeals.central@sdcourt.ca.gov

Austin Uhler, Attorney for Defendants

Email: Austin.Uhler@sdcounty.ca.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 18, 2025, at Escondido, CA.

/s/ Robert Emert

Robert Emert