ROBERT EMERT
Respondent, In Pro Per
2351 VISTA LAGO TERRACE
ESCONDIDO, CA 92029
TELEPHONE: 760-612-9328
robemert@msn.com



FILED
APR 15 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

**3:24-cv-00671-JO-MSB**

**CORRECTED PROOF OF SERVICE**

Robert Emert

    Plaintiff,

v.

San Diego Board of Supervisors, County of San Diego, DDA Balerio, DAI Luis Pena

    Defendants.

**RELATED CASES:**

**Case No. 3:25-cv-00820-DMS-BLM**

SCD297230 (SAN DIEGO SUPERIOR COURT)
19FL010852N (SAN DIEGO FAMILY COURT)

Hearing Date: TBD
Time:         TBD
Department:   TBD
Judge: TBD

I, Robert Emert, declare that on April 15, 2025, I served the following documents in both of the above-referenced federal cases as specifically detailed below:

**Documents Filed in Case No. 3:24-cv-00671-JO-MSB (§1983 Civil Rights Action):**

1. NOTICE OF LODGED EXHIBITS ON USB FLASH DRIVE

2. NOTICE OF RELATED CASE, MOTION TO INCORPORATE HABEAS EVIDENCE, MOTION FOR IMMEDIATE CHANGE OF VENUE TO DISTRICT OF ARIZONA, AND MOTION FOR EXPEDITED REVIEW
3. USB FLASH DRIVE containing Exhibits A through Y as detailed in Notice of Lodged Documents

**Documents Filed in Case No. 3:25-cv-00820-DMS-BLM (Habeas Corpus Petition):**

1. PETITION FOR WRIT OF HABEAS CORPUS WITH EXHIBITS
2. NOTICE OF RELATED CASE AND MOTION TO CONSOLIDATE
3. USB FLASH DRIVE containing Exhibits A through Y as detailed in Notice of Lodged Documents

**Specific Exhibit Index of USB Contents Served to All Parties:**

A. Emails with San Diego District Attorney (includes PC § 1424 Motion detailing DA misconduct, collusion with Andrea Schuck, and ignored § 278.7 defense)

B. Bryce Emert affidavit

C. Bryce Emert letters and emails

D. Bryce Emert transcripts

E. DAI Luis Pena call transcript (not disclosed to defense) containing admissions that "there's no reason for us to be here in criminal court" and statements about pressure from family court attorneys

F. DDA Balerio transcript of interview with Bryce Emert (suppressed exculpatory evidence)

G. Jose Badillo call transcripts

H. Andrea Schuck call transcripts

I. FBI call transcript showing alleged "threat" was fabricated as basis for detention

J. Emails showing no malice

K. Email to DAI Pena regarding CPS interview

L. Email from DOJ forwarding complaint to FBI

M. Email offering DA to talk to Bryce anytime as Bryce has his own phone

N. Email to DAI Pena regarding homeschool information

O. Email to DAI Pena regarding handling in family court

P. Documents regarding Commissioner Ratekin's loss of jurisdiction due to Peremptory challenge on February 9, 2021

Q. Public corruption complaint filed with the Superior Court, DOJ, FBI, San Diego Board of Supervisors

R. Rob Emert medical documents demonstrating STEMI heart attack on December 10, 2024

S. DOJ email that forwarded public corruption complaint to the FBI

T. Comm. Patti Ratekin transcripts proving she was attempting to place Bryce in a facility with zero supporting evidence

U. Additional Comm. Patti Ratekin Transcripts

V. Court transcripts

W. Emails corroborating that Andrea Schuck supported placing Bryce into a "facility" contrary to available evidence

X. Amicable offers of 50/50 custody with both children going back and forth between homes as needed for their emotional wellbeing

Y. Three Family Court Services reports recommending 50/50 custody

Service was completed by electronic mail pursuant to FRCP 5(b)(2)(E), CivLR 5.4, and the Court's COVID-19 protocols to the following parties:

**For §1983 Civil Rights Action (3:24-cv-00671-JO-MSB):**

- Austin Uhler, Attorney for Defendants
Email: Austin.Uhler@sdcounty.ca.gov
- San Diego County Counsel
Email: county.counsel@sdcounty.ca.gov

**For Habeas Corpus Petition (3:25-cv-00820-DMS-BLM):**

- California Attorney General's Office

Email: docketingsdawt@doj.ca.gov, sdag.docketing@sdcounty.ca.gov

- Deputy Attorney General [Name of DAG assigned to your habeas case]

Email: [their email address]

**Additional Interested Parties:**

- San Diego County Probation Department

Email: probation.hr@sdcounty.ca.gov

- San Diego County District Attorney's Office

Email: da.appellate@sdcda.org, sandiegodaprop65@sdcda.org

- San Diego Superior Court

Email: appeals.central@sdcourt.ca.gov

This Corrected Proof of Service is being filed in both cases to ensure all parties in both related matters have been properly served with all relevant documents. Due to the related nature of these cases and the overlapping evidence and constitutional claims, comprehensive service ensures all parties have notice of all filings.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 15, 2025, at Escondido, CA.

/s/ Robert Emert

ROBERT EMERT

Plaintiff/Petitioner, In Pro Per

2351 Vista Lago Terrace

Escondido, CA 92029

Telephone: 760-612-9328

Email: robemert@msn.com