

**PROOF OF SERVICE**

I, Robert Emert, declare:

I am a citizen of the United States and a resident of the State of California. My address is 2351 Vista Lago Terrace, Escondido, CA 92029. I am over the age of eighteen years. My email address is robemert@msn.com.

On May 6th 2025, I served the following document(s) described as:

MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO SAN DIEGO BOARD OF SUPERVISORS, DEFENDANTS' MOTION TO DISMISS

DECLARATION OF ROBERT EMERT IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

REQUEST FOR JUDICIAL NOTICE, MOTION FOR EVIDENTIARY HEARING, OR IN THE ALTERNATIVE, TRANSFER OF VENUE

on the interested parties in this action by transmitting a true copy thereof via electronic mail to:

Austin Uhler
Email: Austin.Uhler@sdcounty.ca.gov
Attorney for Defendants

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 6, 2025, at Escondido, California.


Robert Emert
Plaintiff Pro Se