

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Emert<br><br>Plaintiff,<br>V.<br>San Diego Board of Supervisors; County of San Diego; Dawn Balerio, DDA, Acting in her official capacity; Dai Luis Pena, Acting in his official capacity<br>Defendant. | Civil Action No.  24-cv-00671-JO-MSB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

 The Court GRANTS Defendants' motion to dismiss with prejudice. The case is hereby closed.

Date:  5/14/25

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ R. Contreras
                                                  R. Contreras, Deputy